

FILED
IN OPEN COURT

DEC 13 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRENT JAMES RUSSELL,<br><br>Defendant. | <u>UNDER SEAL</u><br><br>Case No. 1:23-CR-195<br><br><u>Count 1</u>: Destruction and Alteration of Records<br>18 U.S.C. § 1519<br><br><u>Count 2</u>: Obtaining Individually Identifiable Health Information<br>42 U.S.C. § 1320d-6(a)(2) and (b)(1)<br><br><u>Count 3</u>: Disclosing Individually Identifiable Health Information<br>42 U.S.C. § 1320d-6(a)(3) and (b)(1) |

### <u>INDICTMENT</u>

December 2023 Term—at Alexandria, Virginia

### COUNT ONE
### (Destruction and Alteration of Records in Federal Investigations)

THE GRAND JURY CHARGES THAT:

On or about February 12, 2019, within the Eastern District of Virginia, the defendant, TRENT JAMES RUSSELL, did unlawfully and knowingly alter, conceal, cover up, falsify and destroy a record, document, and tangible object, specifically, a computer hard drive and the data stored on it, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter that the defendant knew and contemplated was within the jurisdiction of a department and agency of the United States, that is, the investigation into the defendant's obtaining and disclosing of VICTIM 1's individually identifiable health information.

(All in violation of Title 18, U.S. Code, Section 1519.)

1

## COUNT TWO
### (Wrongful Obtaining of Individually Identifiable Health Information)

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 7, 2019, within the Eastern District of Virginia, the defendant, TRENT JAMES RUSSELL, knowingly, without authorization, and for a reason other than permitted by Title 42, United States Code, Chapter 7, Subchapter XI, Part C, obtained individually identifiable health care information related to an individual, to wit, VICTIM 1.

(All in violation of Title 42, U.S. Code, Section 1320d-6(a)(2) and (b)(1).)

## COUNT THREE
### (Wrongful Disclosure of Individually Identifiable Health Information)

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2019, within the Eastern District of Virginia, the defendant, TRENT JAMES RUSSELL, knowingly, without authorization, and for a reason other than permitted by Title 42, United States Code, Chapter 7, Subchapter XI, Part C, disclosed and caused to be disclosed individually identifiable health care information related to an individual, to wit, VICTIM 1.

(All in violation of Title 42, U.S. Code, Section 1320d-6(a)(3) and (b)(1).)

A TRUE BILL

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

_____
FOREPERSON

Jessica D. Aber
United States Attorney

By: _____
Zoe Bedell
Assistant United States Attorney

3