FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

2024 JUL -8 P 1:29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **1:23-CR-195** |
| | ) | |
| v. | ) | |
| | ) | |
| **TRENT JAMES RUSSELL** | ) | |

TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) **100** - **527** were received on **07/08/2024**.

_____
Signature of person receiving exhibits

---

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits